UNITED STATES TRUST COMPANY OF NEW YORK, as Trustee under the Will of AMBROSE M. MCGREGOR, Deceased, Respondent, *v.* MARSHALL O. TERRY et al., as Executors of TOOTIE M. TERRY, Deceased, et al., Respondents, and MARY A. KENDALL, Individually and as Administratrix of the Estate of CLAUDE G. KENDALL, Deceased, et al., Appellants, Impleaded with Others.

*U. S. Trust Co.* v. *Terry,* 167 App. Div. 152, affirmed.
(Argued December 11, 1916; decided December 28, 1916.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered August 27, 1915, which affirmed a judgment of Special Term construing the will of Ambrose M. McGregor, deceased, and settling the accounts of trustees. The appeal to this court is from so much of the judgment as directs payment to Marshall O. Terry and Frank L. Hall as executors of the last will and testament of Tootie McGregor Terry, deceased, of the *corpus* of the funds held by the trustees under the provisions of the twelfth paragraph of said will remaining after the payment of the legacies and other sums thereby directed to be made.

*William H. Harris, Mortimer W. Byers, Walter G. C. Otto* and *Louis F. Reed* for appellants.

*William G. Barr* and *Charles W. McKelvey* for trustees, respondents.

*Ernest P. Hoes* and *A. Wardwell* for defendants, respondents.

Judgment affirmed, with costs to all parties appearing and filing separate briefs payable out of the estate; no opinion.

Concur: HISCOCK, CHASE, COLLIN, CUDDEBACK, HOGAN, CARDOZO and POUND, JJ.